# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1961

_____

Vincent Nathaniel Cannady,      *
     *
         Appellant,      *
     *    Appeal from the United States
    v.      *    District Court for the Western
     *    District of Missouri.
First Comp,      *
     *    [UNPUBLISHED]
         Appellee.      *

_____

Submitted: February 16, 2010
Filed: February 25, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Vincent Cannady appeals the district court's[1] adverse grant of summary judgment in his pro se discrimination action against a prospective employer. After careful de novo review, see Arraleh v. County of Ramsey, 461 F.3d 967, 974 (8th Cir. 2006) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.